## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HILARIO HERNANDEZ-MUNOZ, Petitioner, | § § § § | |
| v. | § § § | Case No. 1:13-cv-201 (Criminal No. 1:12-cr-0076-1) |
| UNITED STATES OF AMERICA, Respondent. | § § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is, therefore, **ORDERED, ADJUDGED,** and **DECREED** that Hernandez-Munoz's Motion to Withdraw (Dkt. No. 60) is **GRANTED**.

Signed this __13__ day of __June__, 2017.

_____
Hilda Tagle
Senior United States District Judge